Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:                                               :
Fosamax Products Liability Litigation                :   1:06-md-1789 (JFK)
                                                     :
-----------------------------------------------------x
*This Document Relates to:*                          :   **NOTICE OF APPEARANCE**
Gloria Kopecky and                                   :
Charles Kopecky                                      :
v. Merck & Co., Inc., and                            :
McKesson Corporation                                 :
                                                     :
Case No: 1:08-cv-5685-JFK                            :
-----------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

2

Dated: July 24, 2008
    New York, New York　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　By:　　　　　　/s/　　　　　　
　　　　　　　　　　　　　　　　　　　　　Paul F. Strain


　　　　　　　　　　　　　　　　　　　Venable LLP
　　　　　　　　　　　　　　　　　　　750 E. Pratt Street, Suite 900
　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　　　(410) 244-7717
　　　　　　　　　　　　　　　　　　　Fax: (410) 244-7742
　　　　　　　　　　　　　　　　　　　Email: pfstrain@venable.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 24, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                /s/
              Paul F. Strain

              Venable LLP
              750 E. Pratt Street, Suite 900
              Baltimore, Maryland 21202
              (410) 244-7717
              Fax: (410) 244-7742
              Email: pfstrain@venable.com